UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CECIL BEALS (#211347)                                              CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.                                     NO. 20-00579-BAJ-EWD

## RULING AND ORDER

Before the Court is Petitioner's **Petition For Federal Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. 1)**. The Petition is opposed. (Doc. 10).

On July 28, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 23, the "R&R")**, finding Petitioner's Petition is timely, and that Petitioner's constitutional claims are exhausted, but recommending that Petitioner's claims—consisting of three claims of ineffective assistance of counsel—fail on the merits. Further, the R&R recommends denying Petitioner a certificate of appealability. Petitioner objects to the R&R. (Doc. 16).

Upon de novo review, and having carefully considered Petitioner's Petition, the State's opposition, the state court record, Petitioner's objections, and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition For Federal Habeas Corpus Pursuant to 28 U.S.C. § 2254 (Doc. 1)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is

hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition or the correctness of the Court's substantive rulings.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 24th day of August, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**